UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LAWRENCE WATSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-151** |
| **COMMISSIONER OF PROBATION EDWARD DOLAN** | **SECTION: "A"(3)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.

Accordingly;

**IT IS ORDERED** that petitioner's motion requesting that this matter be transferred to the United States Court of Appeals for the First Circuit, Rec. Doc. 9, is **DENIED**.

**IT IS FURTHER ORDERED** that this matter is **TRANSFERRED** to the United States District Court for the District of Massachusetts.

**IT IS FURTHER ORDERED** that petitioner's "Motion to File Non-Conforming Motion," Rec. Doc. 10, is **DENIED AS MOOT**.

May 16, 2022

_____
UNITED STATES DISTRICT JUDGE